IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THOMAS A. STURDIVANT and<br>MARY R. STURDIVANT,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | Civil Action No. 3:06-cv-00406<br><br><br>**ORDER** |

  This matter is before the Court on the Joint Motion of Plaintiffs Thomas A. Sturdivant and Mary R. Sturdivant ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") to stay all proceedings in this action pending resolution of Merck's motion before the Judicial Panel on Multidistrict Litigation for transfer of this case to a single court for coordinated pretrial management, pursuant to 28 U.S.C. § 1407. This Court has reviewed the Joint Motion. For good cause shown, and in the interest of judicial economy, it is hereby

  ORDERED that the Joint Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation is granted, and this case is stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation. It is further

  ORDERED that Merck shall be responsible for notifying the Court when a transfer decision has been made.

          Signed: October 12, 2006

          Graham C. Mullen
          United States District Judge